(3)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RHONDA WADSWORTH,<br><br>              Debtor(s). | Case No. 05-27212-C-7<br><br>Adversary No. 05-2445 |
| RHONDA WADSWORTH (JOHNSON),<br><br>      Plaintiff(s),<br><br>v.<br><br>KEITH SLIPPER,<br><br>      Defendant(s). | FILED<br>JAN - 9 2007<br>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA |

**MEMORANDUM DECISION**

    This is a dispute regarding the enforceability of an alleged lien on real property. The debtor is no longer personally liable on the obligation (assuming that she ever was liable) by virtue of her bankruptcy discharge.

    This adversary proceeding was filed in an attempt to stop foreclosure. The parties agreed orally on the record to a compromise. The plaintiff debtor contends that her agreement was not fully informed and voluntary and does not wish to abide by the agreement.

    Since the matter is purely a matter of whether there is an enforceable lien on her real property, the enforcement of which

is a state law matter, this adversary proceeding will be dismissed, without prejudice. The plaintiff debtor may raise whatever defense she may have to enforcement of the alleged lien in an appropriate non-bankruptcy court.

An appropriate order will issue.

Dated: January 9, 2007.

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Rhonda Joyce Wadsworth
3420 SKYWARD CT
SACRAMENTO, CA 95827

Office of the U.S. Trustee
501 I Street, #7-500
Sacramento, CA 95814

Benjamin R. Levinson
46 N 2nd St #A
Campbell, CA 95008

Dated: 1/10/07

_____
DEPUTY CLERK

- 3 -